1

2

3

FILED

CLERK, U.S. _____ COURT

DEC — 5 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

4

5

6

7                    UNITED STATES DISTRICT COURT

8                    CENTRAL DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,        )   Case No.: CR 94 -552-LGB
                                      )
11                     Plaintiff,     )   ORDER OF DETENTION
                                      )   (FED.R. CRIM. P.32.1(a)(6); 18
12           v.                       )   U.S.C. § 3143(a))
     MICHAEL TERMEL CARTER            )
13                                    )
                                      )
     Defendant.                       )
14   _____     )

15           The defendant having been arrested in this District pursuant to a warrant

16   issued by the United States District Court for the __CENTRAL__

17   District of __CALIFORNIA__ for alleged violation(s) of the terms and

18   conditions of probation or supervised release; and

19           Having conducted a detention hearing pursuant to Federal Rule of Criminal

20   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

21   A.    (✓)    The defendant has not met his/her burden of establishing by clear and

22                convincing evidence that he/she is not likely to flee if released under

23                18 U.S.C. § 3142(b) or (c). This finding is based on the following:

24                • LACK OF IDENTIFIED BAIL RESOURCES

25                • VIOLATION OF SUPERVISED RELEASE

26

27   _____

28                                  1

and/or

B.   ( )   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

_____

_____

_____

_____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 12/5/13

HONORABLE DAVID T. BRISTOW
United States Magistrate Judge

2