O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL TERMEL CARTER,<br><br>　　　　Defendant.<br>_____ | CASE NO. CR94-552-CAS<br><br>FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |

On January 13, 2014 and February 6, 2014, this matter came before the Court on Petitions on Probation and Supervised Release originally filed on March 26, 2007 and December 19, 2013. Government counsel, Erik Silber, the defendant and his appointed Deputy Federal Public Defender attorney, Pedro Castillo, were present. The U.S. Probation Officer, Michael Rieger, was also present.

The defendant admitted violation of his supervised release as stated in allegations 4 and 5 of the petition filed December 19, 2013. The defendant denied allegations 1, 2 and 3 of the petitions filed March 26, 2007 and December 19, 2013. The Court granted the government's request to dismiss allegations 1, 2 and 3 of the petitions filed March 26, 2007 and December 19, 2013. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on November 21, 1994.

///

1  IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant
2  is hereby committed to the custody of the Bureau of Prisons for a term of eighteen (18)
3  months, with no supervision to follow.
4  The Court hereby recommends that defendant be designated to a facility in Southern
5  California, or as close thereto as possible.

7  FILE/DATED:  February 7, 2014

*[signature: Christina A. Snyder]*
_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK


By: ___/S/_____
     Catherine M. Jeang,  Deputy Clerk

2